ACCEPTED
01-14-00467-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 3:53:47 PM
CHRISTOPHER PRINE
CLERK



**FAUBUS KELLER & BURFORD LLP**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/19/2015 3:53:47 PM

CHRISTOPHER A. PRINE
Clerk

**BRIAN M. KELLER**
**1001 TEXAS AVE., 11TH FLOOR**
**HOUSTON, TX 77002**
BRIAN@FKBLAWFIRM.COM

**PARTNER**
**TELEPHONE: (713) 222-6400**
**FACSIMILE: (713) 222-7240**
WWW.FKBLAWFIRM.COM

_____

March 19, 2015

***E-File***

Christopher A. Prine
Clerk of the 1st Court of Appeals
301 Fannin Street
Houston, Texas 77002

> Re: No. 01-14-00467-CV; *Houston Progressive Radiology Associates, PLLC, et al. v. Stephen B. Lee, et al.*; First Court of Appeals

Dear Mr. Prine:

Please note, Mark Ritchie will appear for oral argument in this matter representing Stephen B. Lee, M.D., P.A., a Texas Professional Association, Dean Paul Chauvin, Jr., M.D., P.A., a Texas Professional Association, and Michael Nguyen, M.D. on Thursday, March 25th at 1:30 p.m.

If you have any questions or concerns, please do not hesitate to contact my office.

Very truly yours,

*/s/ Brian M. Keller*

Brian M. Keller